No $ paid

RECEIVED
SEP 24 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____

12-cv-2558 Sec P

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Johnny B. Wright 87940
**Full Name of Plaintiff, Prisoner Number**

**Civil Action**

VS.

**Judge**

Caddo Parish, Shreveport, ET AL.
**Defendant**

**Magistrate Judge**

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes [X]    No [ ]

   B. If your answer to the preceding question is yes, provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

        your Court know all of it

      2. Name the parties to the previous lawsuit(s):

        Plaintiffs: _____

        Defendants: _____

      3. Docket number(s): _____

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## CIVIL RIGHTS ACT, 42 U.S.C 1983

Johnny B. Wright, Plaintiff

VS

Second Circuit Court of Appeal
Judges:
Henry N. Brown, Jr. - Chief Judge -
Felicia Toney Williams
James E. Stewart, SR.
Gay C. Gaskins
J. Jay Caraway
Charles B. Peatross
Harmon Drew, Jr.
D. Milton Moore III
John Larry Lolley
~~_____~~, Pink Hall - ex Chief Judge
First Judicial District Court, of Caddo Parish
Judge Ramona L. Emanuel
Charles R. Scott, ex Judge, now district attorney
Edward Jenkins, Jr Counsel
Richard E. Hiller, Appeal Counsel
Caddo Parish Shrieff, and it department deputys
Shreveport Police Jury
Shreveport Police, and department
Hugo Hollad, assistant district attorney
Mark Roger, Counsel

2 A1.

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of plaintiff(s) _____
     Address _____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

  B. Defendant _____ is employed as
     _____ at _____

  C. Additional Defendants: _____
     _____
     _____
     _____

IV. Statement of Claim *Acts of usurpation Pursuant to Title 28 Judiciary and Judicial Procedure; Part IV - Jurisdiction and Venue 28 U.S.C.A Section 1391(b); (9) sec. 1369*
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 9, 1987, Plaintiff Johnny B. Wright was tried in the absence of any indictment. By Judge Charles R. Scott, Assistant district attorney A.M. Stroud III, Edward Jenkins, Jr. These Public Citizens violated Plaintiff Wright, Fourth, Fifth, 6th, 8th and 14th amendment The Other defendants aids and support this acts of usurpation. Plaintiff Wright are being Force to be a Slaver For the State of Louisiana without any due process of Law; These defendants acknowledged

their errors but refuse to give a Plaintiff wright, his Freedom and liberty as a Citizen

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Plaintiff wright, is asking that each defendant named in this law suite be suite in their office Compasity and their personal Compasity for 5,000,000.00 million for each year that Plaintiff was force to stay in prison because of their scheme, and that he be given his freedom.

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 9 day of September, 2012.

_Johnny B. Wright_
Signature of Plaintiff(s)

On May 27, 1987, Plaintiff Wright, Filed a Motion to quash the indictment on the grounds that the state didn't have any evidence. And that they was in violation of his 6th, and 14th, amendment of Constitution of united states. The Court never did hear the motion to quash. They ignore it on november 9, 1987 the First Judicial District Court, Parish of Caddo, Commence trial without Jurisdiction Judge Charles R. Scott, assistance district attorney A.M. Stroud, III, assistance district attorney Rebecca J. IRWin. And Indigent defender Counsel Edward Jenkins, Jr., the preliminary plea of the Motion to quash. Suspended the Jurisdiction of the First Judicial District Court, Parish of Caddo in docket No. 136,884. Pursuant to Louisiana article 578, Jurisdiction Shall be Suspended until the ruling of the Court thereon. The motion to quash has never been ruled on by Judge Charles R. Scott, for twenty five years now Second Circuit Court of appeal, Judge Pink Hall, rejected patent error on face of the record and affirmed the case. Without Jurisdiction because of the Pending motion to quash, Louisiana supreme court Court Judge did the same thing. All these defendants are Public Citizens in docket No. 136,884 what is their Jurisdiction. To punish Plaintiff Johnny B. Wright, Pursuant to 28 U.S.C. A Section 1391(b), and (q) Section 1369. Each named defendant have Committed the act of usurpation and aid other in their unlawful Crime. From the department of Correction, to the State Penitentiary, my Life been threaten many time in the last pass Five years. Plaintiff was Lockdown for Five years on False write up by deputy Warden Vannoy, put on death row, Plaintiff Cell door was open with another inmate on the trie awaiting to kill him. Plaintiff Wright, have file the writ for his freedom see attached hereto. The only thing that have occurred is that Plaintiff Life been threaten. and Plaintiff Wright, been put in danger D.O.C. or holding Plaintiff Wright, in illegal Custody. Plaintiff Wright, will be Kill before this years is out. As soon as the people come up with a way to do it Sgt Rolf, and Lt.Col Chad are the two. That been threatening Plaintiff Wright, Life back here at Camp D. I know this Court will not allow Plaintiff to proceed with this Law suit because he don't have the money to pay. Plaintiff want it to be Known why he was Kill.

4 (A2)

To: The Judge or Magist. Judge

With all respect sir or mrs.
If you are not going to Allow me to proceed without pay, say so without carrying me through the procedural. Thank you for your time and efforts
May God bless you all

Johnny B. Wright
The Forced Slave

Johnny B. Wright II #87940
Louisiana State Penitentiary
Camp D - Falcon 1 dorm
Angola, LA 70712

X-RAY

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
SEP 24 2012
TONY R. MOORE, CLERK
BY _____ DEPUTY

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
U.S. Courthouse
300 Fannin St., Suite 1167
Shreveport, Louisiana 71101-3083



US POSTAGE PITNEY BOWES
ZIP 70712
02 1W
0001375212SEP 20 2012
$ 001.30⁰